IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL J. RHOADS, | 8:08CV227 |
| Plaintiff, | |
| V. | **MEMORANDUM AND ORDER** |
| NEBRASKA, STATE OF, et al., | |
| Defendants. | |

The plaintiff was granted an exemption from PACER fees "for purposes of this matter only and only for the duration of this matter." Memorandum and Order entered on November 13, 2008 (Filing No. 9). Now that judgment has been entered, this court's PACER fee exemption will be terminated.

IT IS THEREFORE ORDERED that:

1. Plaintiff's exemption from payment of PACER fees in connection with this matter (Filing No. 9) is terminated.

2. The clerk of the court is directed to send a copy of this memorandum and order to the PACER service center in San Antonio, Texas.

April 30, 2010.         BY THE COURT:

                        s/ Joseph F. Bataillon
                        Chief United States District Judge